UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SONYA J. ABRAMS,<br>    *Plaintiff*, | )<br>)<br>) | |
| *vs.* | ) | 1:14-cv-272-JMS-MJD |
| FMS INVESTMENT CORP.,<br>    *Defendant*. | )<br>)<br>) | |

## **ORDER**

Plaintiff Sonya J. Abrams filed this putative class action on February 24, 2014, alleging that Defendant FMS Investment Corp. ("FMS") has violated the Fair Debt Collection Practices Act. [Filing No. 1.] On April 24, 2014, FMS filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). [Filing No. 18.] On May 6, 2014, Ms. Abrams filed an Amended Complaint.[1] [Filing No. 24.]

"When a plaintiff files an amended complaint, the new complaint supersedes all previous complaints and controls the case from that point forward." *Massey v. Helman*, 196 F.3d 727, 735 (7th Cir. 1999). Thus, FMS' pending Motion to Dismiss is moot. *See, e.g.*, *Energy Mgmt. Int'l, Inc v. Indopco, Inc.*, 2007 WL 3232217 n.1 (S.D. Ind. 2007) (denying as moot a pending motion to dismiss in light of an amended complaint).

Accordingly, FMS' pending Motion to Dismiss is **DENIED AS MOOT**. [Filing No. 18.] FMS shall answer or otherwise respond to Ms. Abrams' Amended Complaint, [Filing No. 24], as set forth in the Federal Rules of Civil Procedure.

---

[1] Federal Rule of Civil Procedure 15(a)(1)(B) allows a plaintiff to amended her complaint once as a matter of course if it is done within 21 days after service of a motion under Rule 12(b).

- 1 -

**Distribution via ECF only:**

Daniel A. Edelman
EDELMAN COMBS LATTURNER & GOODWIN LLC
courtecl@edcombs.com

Michelle R. Teggelaar
EDELMAN COMBS LATTURNER GOODWIN
mteggelaar@edcombs.com

Daniel W. Pisani
SESSIONS FISHMAN NATHAN & ISRAEL
dpisani@sessions-law.biz

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
jschultz@sessions-law.biz